■ In the Matter of DOMINICK SANTELLA, Respondent, v. SOLOMON HOBERMAN et al., Constituting the City Civil Service Commission of the City of New York, et al., Appellants. — In a proceeding pursuant to CPLR article 78 to review the respondent Authority's dismissal of petitioner from his position of "Maintainer's Helper (A)" and the respondent commission's affirmance of the dismissal, order of the Supreme Court, Kings County, dated March 23, 1967, which denied the motion of the Authority, in which the commission joined, to dismiss the proceeding, affirmed, without costs. The time within which appellants may answer the petition is extended until 10 days after service of the order to be entered hereon, with notice of entry. Although it is provided in subdivision 3 of section 76 of the Civil Service Law that a determination on appeal of an allegedly aggrieved employee shall not be subject to court review, there remains for court determination the question of a disposition by the commission which is "purely arbitrary" (*Matter of Board of Educ. of City of N. Y.* v. *Allen,* 6 N Y 2d 127, 136; *Matter of Taylor* v. *New York City Tr. Auth.*, 25 A D 2d 682, affd. 19 N Y 2d 724). The petition on its face sufficiently alleges arbitrariness. Inasmuch as petitioner sought review herein of the determination of the commission within four months after it was rendered, the proceeding is timely within the purview of CPLR 217. Beldock, P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.

■ In the Matter of the Probate of the Will of BERNARD SCHMIDT, Deceased. MARIE SCHMIDT, Respondent; ERNA ECKRICH et al., Appellants. — In a probate proceeding, the contestants appeal, as limited by their brief, from so much of an order of the Surrogate's Court, Suffolk County, dated July 25, 1967, as did not include certain matter within the six framed issues for the jury trial directed in the order. Order modified by adding thereto the following as such issues: (a) Did the said Bernard Schmidt know the contents of the paper writing dated January 29, 1963, offered for probate herein; (b) Did the said paper writing dated January 29, 1963 express the testamentary disposition intended by the said Bernard Schmidt. As so modified, order affirmed insofar as appealed from, without costs. The issues thus added are proper (see, *Matter of Lewis,* 23 A D 2d 716); and the refusal of the Surrogate to include them in the order appealed from was an improvident exercise of discretion. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.